# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-1806
_____

JOSHUA NATHAN FOSTER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


May 8, 2026

PER CURIAM.

   AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.
_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Joshua Nathan Foster, pro se, Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.